UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LUBIEN,

    Plaintiff,

v.                                      Case No. 418cv445-MW-CJK

LAMBAUGH, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 28, 2018, the court ordered plaintiff to either file a completed motion to proceed *in forma pauperis* or pay the $400 filing fee within 30 days. (Doc. 3). The court also ordered plaintiff to submit an amended civil rights complaint on the court-approved form. Plaintiff failed to comply with the order within the allotted time. On November 2, 2018, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 4). To date, plaintiff has not complied with the September 28 order or responded to the November 2 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of November, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:18cv445-MW-CJK