IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LUBIEN,

    Plaintiff,

v.                                     Case No. 4:18cv445-MW/CJK

LAMBAUGH, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute and/or failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED** on December 19, 2018.

                                                  **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**